Vicki I. Podberesky (SBN 123220)
vpod@aplaw.law
ANDRUES/PODBERESKY
818 West 7th Street, Suite 960
Los Angeles, CA 90017
Telephone:  (213) 395-0400
Facsimile:   (213) 395-0401

Attorneys for Defendant
Michael Miller

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL MILLER,<br><br>Defendant. | Case No. 8:19-CR-00045-JLS<br><br>**EX PARTE APPLICATION RE PERMISSION FOR DEFENDANT TO TRAVEL INTERNATIONALLY**<br><br>DATE :   September 19, 2019 |

COMES NOW DEFENDANT, Michael Miller, and hereby applies ex parte to be allowed to travel outside the continental United States to Jamaica for a wedding from October 4 to 7, 2019.

//
//
//
//
//
//
//

Defendant Michael Miller resides and is on pretrial supervision in the District of Maryland. Defendant's Pretrial Services Officer in the District of Maryland, Jessica Weissman has no objection to this request. Vanessa Singh, the Pretrial Services Officer assigned to Mr. Miller in this District defers to Ms. Weissman.  The United States Attorney's Office for the Central District of California takes no position and defers to the Court. Defendant will provide Pretrial Services with an itinerary for his travel.

DATED:  September 19, 2019  Respectfully submitted,

ANDRUES/PODBERESKY,
A Professional Law Corporation

By: */s/ Vicki I. Podberesky*
VICKI I. PODBERESKY
Attorneys for Defendant

## **DECLARATION OF VICKI I. PODBERESKY**

I, VICKI I. PODBERESKY, declare and state as follows:

1. I am an attorney at law licensed to practice before all courts of the State of California and am the attorney of record for Michael Miller in the aforementioned matter.

2. Mr. Miller is requesting permission to travel to Montego Bay, Jamaica for a wedding from October 4-7, 2019.

3. AUSA Joseph McNally has been informed of this request and takes no position.

4. Pretrial Services Officer Vanessa Singh of the Central District of California has been informed of this request and defers to the position of the Pretrial Services Office of the District of Maryland where Mr. Miller lives and is under supervision.

5. Pretrial Services Officer Jessica Weissman of the District of Maryland has been informed of this request and has no objection to the request, as Mr. Miller has been compliant with his imposed conditions of release.

6. Based upon the above, defendant Michael Miller hereby respectfully requests that this Honorable Court grant his request for travel outside the District of Maryland on the dates indicated herein.

I declare to the best of my knowledge that the foregoing is true and correct. Dated this 19th day of September, 2019 in Los Angeles, California.

*/s/ Vicki I. Podberesky*
Vicki I. Podberesky